FILED

05/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0286



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0286

JAMES WILLIAM WALKER,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Defendant and Appellee.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

      Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

      DATED: May 6, 2024.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court